**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) ) ) | **ORDER** |
| Information associated with cell phone accounts 701-421-0248 and 701-421-7853 that is stored at premises controlled by Verizon Wireless | ) ) ) ) | Case No. 4:09-mj-058 |

On oral motion of the Government, it is **ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Scott Williams, Federal Bureau of Investigation, and Search Warrant Return are sealed until further order of the court.

Dated this 3rd day of September, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge